IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD KING,

    Plaintiff,               1: 09 CV 01014 YNP SMS (PC)

    vs.                         ORDER

R. WOOLIVER, et al.,

    Defendants.

On June 15, 2009, an order was entered, granting Plaintiff leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1914(a) and directing the payment of the statutory filing fee pursuant to 28 U.S.C. § 1915(b)(1). On January 7, 2010, a second order was entered, granting Plaintiff leave to proceed in forma pauperis and directing the payment of the filing fee. The second order was entered in error. The June 15, 2009, order granting leave to proceed in forma pauperis and directing the payment of the filing fee remains in effect.

Accordingly, IT IS HEREBY ORDERED that:

1. The January 7, 2010, order directing the payment of the filing fee is vacated.

2. The Clerk of the Court is directed to serve a copy of this order on the Director of the California Department of Corrections and Rehabilitation via the court's electronic case filing system (CM/ECF).

3. The Clerk of is directed to serve a copy of this order on the Financial Department,

1

1  U.S. District Court, Eastern District of California, Fresno Division.

4  IT IS SO ORDERED.

5  **Dated:   February 5, 2010**                             /s/ Sandra M. Snyder
                                                             UNITED STATES MAGISTRATE JUDGE